IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

GENEVA JANWAY, as Personal )
Representative of the ESTATE OF )
AARON JANWAY, )
                                  Plaintiff, )
v. )    Case No. CIV-23-335-RAW-DES
LEFLORE COUNTY DETENTION )    JURY TRIAL DEMANDED
CENTER PUBLIC TRUST, *et al.*, )
                             Defendants. )

## NOTICE OF SUBPOENAS TO TESTIFY AT A DEPOSITION

Pursuant to Fed. R. Civ. P. 45, Defendant LeFlore County Detention Center Public Trust will issue subpoenas to testify at a deposition in a civil action on September 10, 2025, as follows: Billy Don Schumpert, D.O. beginning at 9:00 a.m.; on September 11, 2025, as follows: Chris Benson, LPC beginning at 9:00 a.m. and Janet Garvin, D.O. beginning at 1:00 p.m.; on September 12, 2025, as follows: Robyn Laughlin, R.N. beginning at 9:00 a.m. and Michael Collins, M.D. beginning at 1:00 p.m. Copies of the subpoenas are attached as Exhibits 1-5.

DATED: August 21, 2025

Respectfully submitted,

s/ Howard T. Morrow
Wellon B. Poe, OBA No. 12440
Jamison C. Whitson, OBA No. 18490
Howard T. Morrow, OBA No. 32650
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:    (405) 524-2070
Facsimile:    (405) 524-2078

Email: wbp@czwlaw.com
jcw@czwlaw.com
htm@czwlaw.com
jlm@czwlaw.com

**ATTORNEYS FOR DEFENDANT
LEFLORE COUNTY DETENTION
CENTER PUBLIC TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason Hicks
D. Colby Addison
LAIRD, HAMMONS, LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
Email: chris@lhllaw.com
jason@lhllaw.com
colby@lhllaw.com
*Attorneys for Plaintiff*

Robert S. Lafferrandre
Randall J. Wood
Sheila G. Jessee
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
Email: rlafferrandre@piercecouch.com;
rwood@piercecouch.com; sjessee@piercecouch.com
*Attorneys for Defendants James Melson,
Laura Diehl, Michael Tomlin, Kristian Case and
Ty Hastings*

s/ Howard T. Morrow
Howard T. Morrow