IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GENEVA JANWAY, as Personal Representative of the ESTATE OF AARON JANWAY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-23-335-RAW-DES |
| LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST, *et al.*, | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**To:** Billy Don Schumpert, D.O.
c/o Lake Area Medical Associates
1400 W. Pawnee Str.
Cleveland, OK 74020

**YOU ARE COMMANDED** to appear at the time, date and place set forth below to testify at a deposition in this civil action. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents or designate other persons who consent to testify on your behalf about the following matters or those set forth in an attachment. The deposition will be taken upon oral examination before a qualified court reporter at the location noted below, and may also be broadcast by videoconference (ie, Zoom). The deposition will be recorded by stenographic means and may also be recorded by video, and will continue from day to day until completed.

| Place: | Date and Time: |
|---|---|
| Offices of Professional Reporters | September 10, 2025 |
| 511 Couch Drive, Suite 100 | Beginning at 9:00 a.m. |
| Oklahoma City, Oklahoma 73102 | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:** August 21, 2025

**Exhibit 1**

CLERK OF THE COURT

_____    _____
Signature of Clerk or Deputy Clerk    OR    Attorney's signature

      **The name, address, e-mail address, and telephone number of the attorney representing Defendant LeFlore County Detention Center Public Trust who issues or requests this subpoena, is:** Howard T. Morrow of Collins, Zorn & Wagner, PLLC - 429 NE 50th Street, 2nd Floor, Oklahoma City, 73105 - htm@czwlaw.com - (405) 524-2070.

      Respectfully submitted,

s/ Howard T. Morrow
Wellon B. Poe, OBA No. 12440
Jamison C. Whitson, OBA No. 18490
Howard T. Morrow, OBA No. 32650
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:   (405) 524-2070
Facsimile:    (405) 524-2078
Email:        wbp@czwlaw.com
                jcw@czwlaw.com
                htm@czwlaw.com
                jlm@czwlaw.com

***ATTORNEYS FOR DEFENDANT LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST***

**Exhibit 1**

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 21, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason Hicks
D. Colby Addison
LAIRD, HAMMONS, LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
Email: chris@lhllaw.com
jason@lhllaw.com
colby@lhllaw.com
***Attorneys for Plaintiff***

Robert S. Lafferrandre
Randall J. Wood
Sheila G. Jessee
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
Email: rlafferrandre@piercecouch.com;
rwood@piercecouch.com; sjessee@piercecouch.com
***Attorneys for Defendants James Melson,***
***Laura Diehl, Michael Tomlin, Kristian Case and***
***Ty Hastings***

                                        s/ Howard T. Morrow
                                        Howard T. Morrow

**Exhibit 1**