IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GENEVA JANWAY, as Personal Representative of the ESTATE OF AARON JANWAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST, *et al.*,<br><br>　　　　　Defendants. | Case No. CIV-23-335-RAW-DES<br><br>JURY TRIAL DEMANDED |

## NOTICE OF AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION

　　Pursuant to Fed. R. Civ. P. 45, Defendant LeFlore County Detention Center Public Trust will issue a subpoena to testify at a deposition in a civil action on September 11, 2025 to Robyn Laughlin beginning at 1:00 p.m. A copy of the subpoena is attached as Exhibit 1.

DATED: August 27, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Howard T. Morrow
　　　　　　　　　　　　　　　　　　　Wellon B. Poe, OBA No. 12440
　　　　　　　　　　　　　　　　　　　Jamison C. Whitson, OBA No. 18490
　　　　　　　　　　　　　　　　　　　Howard T. Morrow, OBA No. 32650
　　　　　　　　　　　　　　　　　　　Jordan L. Miller, OBA No. 30892
　　　　　　　　　　　　　　　　　　　COLLINS ZORN & WAGNER, PLLC
　　　　　　　　　　　　　　　　　　　429 N.E. 50th Street, Second Floor
　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73105
　　　　　　　　　　　　　　　　　　　Telephone:　(405) 524-2070
　　　　　　　　　　　　　　　　　　　Facsimile:　(405) 524-2078
　　　　　　　　　　　　　　　　　　　Email:　　　wbp@czwlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　jcw@czwlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　htm@czwlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　jlm@czwlaw.com

*ATTORNEYS FOR DEFENDANT*
*LEFLORE COUNTY DETENTION*
*CENTER PUBLIC TRUST*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason Hicks
D. Colby Addison
LAIRD, HAMMONS, LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
Email: chris@lhllaw.com
jason@lhllaw.com
colby@lhllaw.com
*Attorneys for Plaintiff*

Robert S. Lafferrandre
Randall J. Wood
Sheila G. Jessee
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
Email: rlafferrandre@piercecouch.com;
rwood@piercecouch.com; sjessee@piercecouch.com
*Attorneys for Defendants James Melson,*
*Laura Diehl, Michael Tomlin, Kristian Case and*
*Ty Hastings*

s/ Howard T. Morrow
Howard T. Morrow